UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE BISONO,
JOAQUIN VICENTE,
EDGAR MENDEZ,

                    Plaintiffs,

          -against-

TDL RESTORATION, INC.,
DRITON QUNI, and
GJON QUNI,

              Defendants.

17 Civ. 9431 (JCM)

## **VERDICT FORM**

### **Gjon Quni's Employer Status**

1.   Was Gjon Quni an employer of Plaintiffs?

      Joaquin Vicente:  YES  ✗          NO  _____

      Jose Bisono:  YES  ✗          NO  _____

      Edgar Mendez:  YES  ✗          NO  _____

*PLEASE PROCEED TO QUESTION 2.*

---

### **Regular and Overtime Wages**

2.   In the attached Spreadsheet A, fill in the "on-the-clock" hours, if any, that you find that each Plaintiff worked during each pay period in Columns "B," "C," and "D."

*PLEASE PROCEED TO QUESTION 3.*

3.   In the attached Spreadsheet A, fill in each Plaintiff's regular rate of pay in the empty cells within Columns "E," "F," and "G."

*[NOTE: DO NOT FILL IN SHADED CELLS]*

*PLEASE PROCEED TO QUESTION 4.*

4.  In the attached Spreadsheet A, fill in the total amount of pay each Plaintiff received, if any, from Defendants during each pay period in Columns "H," "I," and "J."

*[NOTE: DO NOT FILL IN SHADED CELLS]*

*PLEASE PROCEED TO QUESTION 5.*

5.  Did Plaintiffs prove that they worked "off-the-clock" hours in addition to "on-the-clock" hours?

Joaquin Vicente:    YES  X         NO _____

Jose Bisono:    YES  X         NO _____

Edgar Mendez:    YES  X         NO _____

*IF YOU ANSWERED "YES" FOR ANY PLAINTIFF, PROCEED TO QUESTION 6 FOR THAT PLAINTIFF.*
*IF YOU ANSWERED "NO" FOR ALL PLAINTIFFS, PROCEED TO QUESTION 7.*

6.  How many "off-the-clock" hours do you find each Plaintiff worked per week, on average, during the following years?

*[NOTE: DO NOT INCLUDE ANY "ON-THE-CLOCK" HOURS IN YOUR FINDINGS]*

|      | Joaquin Vicente | Jose Bisono | Edgar Mendez |
|------|-----------------|-------------|--------------|
| 2014 | 13.50           |             |              |
| 2015 | 13.50           | 11.25       | 13.50        |
| 2016 | 11.25           | 11.25       | 11.25        |
| 2017 | 11.25           | 11.25       | 11.25        |

*PLEASE PROCEED TO QUESTION 7.*

---

**Timely Payment of Wages**

7.  Did Plaintiffs prove that Defendants untimely paid Plaintiffs their wages for some hours worked due to the issuance of pay checks with insufficient funds?

Joaquin Vicente:    YES  X         NO _____

2

Jose Bisono:    YES  X        NO _____

Edgar Mendez:   YES  X        NO _____

*IF YOU ANSWERED "YES" FOR ANY PLAINTIFF, PROCEED TO QUESTION 8 FOR THAT PLAINTIFF.*
*IF YOU ANSWERED "NO" FOR ALL PLAINTIFFS, PROCEED TO QUESTION 10.*

8.  What amount, if any, do you find each Plaintiff is owed in bank fees resulting from Defendants' issuance of checks with insufficient funds?

Joaquin Vicente:  $  60.00

Jose Bisono:      $  132.00

Edgar Mendez:     $  30.00

*PLEASE PROCEED TO QUESTION 9.*

9.  Identify the pay periods in Column A within Spreadsheet A during which Defendants untimely paid Plaintiffs their wages due to the issuance of pay checks with insufficient funds.

Joaquin Vicente:  8-6-17, 8-27-17, 9-17-17, 9-24-17, 9-24-17

Jose Bisono:  7-16-17, 7-23-17, (2x) 8-6-17, 9-24-17, 9-17-17, 8-27-17

Edgar Mendez:  (2x) 8-6-17

*PLEASE PROCEED TO QUESTION 10.*

**Spread of Hours Wages**

10. Did Plaintiffs' workday last ten hours or more on any given day during their employment?

    Joaquin Vicente:    YES ✗        NO _____

    Jose Bisono:      YES ✗        NO _____

    Edgar Mendez:    YES ✗        NO _____

*IF YOU ANSWERED "YES" FOR ANY PLAINTIFF, PROCEED TO QUESTION 11 FOR THAT PLAINTIFF.*
*IF YOU ANSWERED "NO" FOR ALL PLAINTIFFS, PROCEED TO QUESTION 13.*

11. Did Defendants fail to pay Plaintiffs "spread of hours" for any of these workdays?

    Joaquin Vicente:    YES ✗        NO _____

    Jose Bisono:      YES ✗        NO _____

    Edgar Mendez:    YES ✗        NO _____

*IF YOU ANSWERED "YES" FOR ANY PLAINTIFF, PROCEED TO QUESTION 12 FOR THAT PLAINTIFF.*
*IF YOU ANSWERED "NO" FOR ANY PLAINTIFF, PROCEED TO QUESTION 13 FOR THAT PLAINTIFF.*

12. How many workdays did Defendants fail to pay Plaintiffs "spread of hours" per week, on average, during the following years?

| | Joaquin Vicente | Jose Bisono | Edgar Mendez |
|---|---|---|---|
| 2014 | 1 | | |
| 2015 | 1 | 2 | 3 |
| 2016 | 1 | 2 | 3 |
| 2017 | 1 | 2 | 3 |

*PLEASE PROCEED TO QUESTION 13.*

## **Wage Notice at Time of Employment**

13. Did Defendants fail to give Plaintiffs a notice of wages as required by law within ten business days of their first day of employment?

Joaquin Vicente:    YES __X__         NO _____

Jose Bisono:        YES __X__         NO _____

Edgar Mendez:       YES __X__         NO _____

*IF YOU ANSWERED "YES" FOR ANY PLAINTIFF, PROCEED TO QUESTION 14 FOR THAT PLAINTIFF.*
*IF YOU ANSWERED "NO" FOR ALL PLAINTIFFS, PROCEED TO QUESTION 15.*

14. How much do you award each Plaintiff for the failure to give this notice?

*[NOTE: THE AMOUNT MAY NOT BE MORE THAN $5,000 FOR JOSE BISONO AND EDGAR MENDEZ]*

Jose Bisono:      $ __5,000.00__

Edgar Mendez:     $ __5,000.00__

*[NOTE: THE AMOUNT MAY NOT BE MORE THAN $2,500 FOR JOAQUIN VICENTE]*

Joaquin Vicente:  $ __2,500.00__

*PLEASE PROCEED TO QUESTION 15.*

## **Wage Statements**

15. Did Defendants at any time fail to give Plaintiffs a wage statement at the time they were paid wages as required by law?

Joaquin Vicente:    YES __X__         NO _____

Jose Bisono:        YES __X__         NO _____

Edgar Mendez:       YES __X__         NO _____

*IF YOU ANSWERED "YES" FOR ANY PLAINTIFF, PROCEED TO QUESTION 16 FOR THAT PLAINTIFF.*

*IF YOU ANSWERED "NO" FOR ALL PLAINTIFFS, YOUR DELIBERATIONS ARE COMPLETE.*

16.  How much do you award each Plaintiff for the failure to give this statement?

*[NOTE: THE AMOUNT MAY NOT BE MORE THAN $5,000 FOR EACH PLAINTIFF]*

Joaquin Vicente:  $ 5,000.00

Jose Bisono:  $ 5,000.00

Edgar Mendez:  $ 5,000.00

---

*You have completed your jury deliberations. Each juror should sign and date the verdict form and return it to the Courtroom Deputy.*

Foreperson: _____  Date: 5-7-19

Juror No. 2: _____  Date: 5/7/19

Juror No. 3: _____  Date: 5/7/19

Juror No. 4: _____  Date: 5/7/2019

Juror No. 5: _____  Date: 5/7/19

Juror No. 6: _____  Date: 5/7/19

Juror No. 7: _____  Date: 5-7-19

Juror No. 8: _____  Date: 5-7-19

17 Civ. 9431, Bisono et al. v. TDL Restoration, et al.

SPREADSHEET A

ATTACHMENT TO VERDICT FORM

| | A | Recorded "On-the-Clock" Hours Worked | | | Regular Rates of Pay | | | Pay Received | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pay Period End Date | Jose Bisono | Joaquin Vicente | Edgar Mendez | Jose Bisono | Joaquin Vicente | Edgar Mendez | Jose Bisono | Joaquin Vicente | Edgar Mendez |
| 1 | 4/6/2014 | | 48 | | | $16.25 | | | $520.00 | |
| 2 | 4/13/2014 | | 40 | | | $16.25 | | | $780.00 | |
| 3 | 4/20/2014 | | 48 | | | $16.25 | | | $780.00 | |
| 4 | 4/27/2014 | | 45 | | | $16.25 | | | $830.00 | |
| 5 | 5/4/2014 | | 51 | | | $16.25 | | | $550.00 | |
| 6 | 5/11/2014 | | 40 | | | $16.25 | | | $650.00 | |
| 7 | 5/18/2014 | | 40 | | | $16.25 | | | $780.00 | |
| 8 | 5/25/2014 | | 48 | | | $16.25 | | | $780.00 | |
| 9 | 6/1/2014 | | 48 | | | $16.25 | | | $550.00 | |
| 10 | 6/8/2014 | | 48 | | | $16.25 | | | $780.00 | |
| 11 | 6/15/2014 | | 48 | | | $16.25 | | | $910.00 | |
| 12 | 6/22/2014 | | 51 | | | $16.25 | | | $780.00 | |
| 13 | 6/29/2014 | | 40 | | | $16.25 | | | $550.00 | |
| 14 | 7/6/2014 | | 64 | | | $16.25 | | | $780.00 | |
| 15 | 7/13/2014 | | 48 | | | $16.25 | | | $780.00 | |
| 16 | 7/20/2014 | | 48 | | | $16.25 | | | $780.00 | |
| 17 | 7/27/2014 | | 48 | | | $16.25 | | | $780.00 | |
| 18 | 8/3/2014 | | 48 | | | $16.25 | | | $780.00 | |
| 19 | 8/10/2014 | | 48 | | | $16.25 | | | $780.00 | |
| 20 | 8/17/2014 | | 48 | | | $16.25 | | | $810.00 | |
| 21 | 8/24/2014 | | 64 | | | $16.25 | | | $1,080.00 | |
| 22 | 8/31/2014 | | 48 | | | $16.25 | | | $550.00 | |
| 23 | 9/7/2014 | | 32 | | | $16.25 | | | $810.00 | |
| 24 | 9/14/2014 | | 48 | | | $16.25 | | | $880.00 | |
| 25 | 9/21/2014 | | 48 | | | $16.25 | | | $675.00 | |
| 26 | 9/28/2014 | | 48 | | | $16.25 | | | $810.00 | |
| 27 | 10/5/2014 | | 48 | | | $16.25 | | | $810.00 | |
| 28 | 10/12/2014 | | 50 | | | $16.25 | | | $810.00 | |
| 29 | 10/19/2014 | | 56 | | | $16.25 | | | $945.00 | |
| 30 | 10/26/2014 | | 48 | | | $16.25 | | | $810.00 | |
| 31 | 11/2/2014 | | 48 | | | $16.25 | | | $810.00 | |
| 32 | 11/9/2014 | | 48 | | | $16.25 | | | $810.00 | |
| 33 | 11/16/2014 | | 48 | | | $16.25 | | | $810.00 | |
| 34 | 11/23/2014 | | 64 | | | $16.25 | | | $1,080.00 | |
| 35 | 11/30/2014 | | 48 | | | $16.25 | | | $810.00 | |
| 36 | 12/7/2014 | | 48 | | | $16.25 | | | $810.00 | |
| 37 | 12/14/2014 | | 50 | | | $16.25 | | | $780.00 | |
| 38 | 12/21/2014 | | 56 | | | $16.25 | | | $945.00 | |
| 39 | 12/28/2014 | | 38 | | | $16.25 | | | $810.00 | |
| 40 | 1/4/2015 | | 40 | | | $17.50 | | | $675.00 | |
| 41 | 1/11/2015 | | 48 | | | $17.50 | | | $675.00 | |
| 42 | 1/18/2015 | | 48 | | | $17.50 | | | $840.00 | |
| 43 | 1/25/2015 | | 48 | | | $17.50 | | | $840.00 | |
| 44 | 2/1/2015 | | 48 | | | $17.50 | | | $700.00 | |
| 45 | 2/8/2015 | | 8 | | | $17.50 | | | $140.00 | |
| 46 | 2/15/2015 | | 40 | | | $17.50 | | | $0.00 | |
| 47 | 2/22/2015 | | 28 | | | $17.50 | | | $490.00 | |
| 48 | 3/1/2015 | | 0 | | | $17.50 | | | $700.00 | |
| 49 | 3/8/2015 | | 48 | | | $17.50 | | | $840.00 | |

17 Civ. 9431, Bisono et al. v. TDL Restoration, et al.

SPREADSHEET A                ATTACHMENT TO VERDICT FORM

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pay Period End Date | Recorded "On-the-Clock" Hours Worked | | | Regular Rates of Pay | | | Pay Received | | |
| | | Jose Bisono | Joaquin Vicente | Edgar Mendez | Jose Bisono | Joaquin Vicente | Edgar Mendez | Jose Bisono | Joaquin Vicente | Edgar Mendez |
| 50 | 3/15/2015 | | 16 | | | | $17.50 | | $840.00 | $840.00 |
| 51 | 3/22/2015 | | 48 | | | | $17.50 | | $840.00 | $840.00 |
| 52 | 3/29/2015 | | 49 | | | | $17.50 | | $1,120.00 | $1,120.00 |
| 53 | 4/5/2015 | | 48 | | | | $17.50 | | $840.00 | $840.00 |
| 54 | 4/12/2015 | | 40 | | | | $17.50 | | $840.00 | $840.00 |
| 55 | 4/19/2015 | | 48 | | | | $17.50 | | $840.00 | $840.00 |
| 56 | 4/26/2015 | | 56 | | | | $17.50 | | $840.00 | $840.00 |
| 57 | 5/3/2015 | | 52 | | | | $17.50 | | $840.00 | $840.00 |
| 58 | 5/10/2015 | | 52 | | | | $17.50 | | $840.00 | $840.00 |
| 59 | 5/17/2015 | | 56 | | | | $17.50 | | $840.00 | $840.00 |
| 60 | 5/24/2015 | | 40 | | | | $17.50 | | $840.00 | $840.00 |
| 61 | 5/31/2015 | | 48 | | | | $17.50 | | $840.00 | $840.00 |
| 62 | 6/7/2015 | | 43 | | | | $17.50 | | $840.00 | $840.00 |
| 63 | 6/14/2015 | | 48 | | | $18.75 | $17.50 | | $1,050.00 | $1,050.00 |
| 64 | 6/21/2015 | | 40 | | | $18.75 | $17.50 | | $1,050.00 | $1,050.00 |
| 65 | 6/28/2015 | | 52 | | | $18.75 | $17.50 | | $975.00 | $975.00 |
| 66 | 7/5/2015 | | 52 | | | $18.75 | $17.50 | | $1,050.00 | $1,050.00 |
| 67 | 7/12/2015 | | 50.3 | | | $18.75 | $17.50 | | $1,200.00 | $1,200.00 |
| 68 | 7/19/2015 | | 48 | | | $18.75 | $17.50 | | $1,200.00 | $1,200.00 |
| 69 | 7/26/2015 | | 46 | | | $18.75 | $17.50 | | $900.00 | $900.00 |
| 70 | 8/2/2015 | | 48 | | | $18.75 | $17.50 | | $900.00 | $900.00 |
| 71 | 8/9/2015 | | 48 | | | $18.75 | $17.50 | | $900.00 | $900.00 |
| 72 | 8/16/2015 | | 48 | | | $18.75 | $17.50 | | $500.00 | $500.00 |
| 73 | 8/23/2015 | | 50 | | | $18.75 | $17.50 | 700.00 | $1,200.00 | $1,200.00 |
| 74 | 8/30/2015 | 40 | 60 | | 16.25 | $18.75 | $17.50 | 260.00 | $900.00 | $900.00 |
| 75 | 9/6/2015 | 48 | 48 | | $16.25 | $18.75 | $17.50 | 720.00 | $900.00 | $900.00 |
| 76 | 9/13/2015 | 48 | 49 | | $16.25 | $18.75 | $17.50 | 780.00 | $900.00 | $900.00 |
| 77 | 9/20/2015 | 50 | 49 | | $16.25 | $18.75 | $17.50 | 715.00 | $900.00 | $900.00 |
| 78 | 9/27/2015 | 40 | 48 | | $16.25 | $18.75 | $17.50 | 780.00 | $900.00 | $900.00 |
| 79 | 10/4/2015 | 40 | 46 | | $16.25 | $18.75 | $17.50 | $520.00 | $520.00 | $520.00 |
| 80 | 10/11/2015 | 50 | 66 | | $16.25 | $18.75 | $17.50 | 1058.00 | $900.00 | $900.00 |
| 81 | 10/18/2015 | 50 | 64 | | $16.25 | $18.75 | $17.50 | 1078.00 | $1,200.00 | $1,200.00 |
| 82 | 10/25/2015 | 56 | 64 | | $16.25 | $18.75 | $17.50 | 1057.00 | $1,050.00 | $1,050.00 |
| 83 | 11/1/2015 | 52 | 56 | 46 | $16.25 | $18.75 | $15.00 | 845.00 | $900.00 | $690.00 |
| 84 | 11/8/2015 | 44 | 48 | 48 | $16.25 | $18.75 | $15.00 | $900.00 | $900.00 | $720.00 |
| 85 | 11/15/2015 | 48 | 48 | 48 | $16.25 | $18.75 | $15.00 | $900.00 | $900.00 | $720.00 |
| 86 | 11/22/2015 | 40 | 48 | 48 | $16.25 | $18.75 | $15.00 | $650.00 | $900.00 | $720.00 |
| 87 | 11/29/2015 | 48 | 56 | 32 | $16.25 | $18.75 | $15.00 | $650.00 | $1,035.00 | $480.00 |
| 88 | 12/6/2015 | 40 | 56 | 24 | $16.25 | $18.75 | $15.00 | $650.00 | $1,050.00 | $360.00 |
| 89 | 12/13/2015 | 52 | 56 | 56 | $16.25 | $18.75 | $15.00 | $650.00 | $1,050.00 | $720.00 |
| 90 | 12/20/2015 | 32 | 32 | 40 | $16.25 | $18.75 | $15.00 | $520.00 | $840.00 | $720.00 |
| 91 | 12/27/2015 | 16 | 16 | 40 | $16.25 | $18.75 | $15.00 | $520.00 | $480.00 | $840.00 |
| 92 | 1/3/2016 | 16 | 16 | 40 | $16.25 | $18.75 | $17.50 | $0.00 | $960.00 | $480.00 |
| 93 | 1/10/2016 | 16 | 16 | 52 | $16.25 | $18.75 | $17.50 | $780.00 | $1,120.00 | $910.00 |
| 94 | 1/17/2016 | 48 | 48 | 52 | $16.25 | $18.75 | $17.50 | $780.00 | $1,120.00 | $960.00 |
| 95 | 1/24/2016 | 16 | 56 | 56 | $16.25 | $18.75 | $17.50 | $650.00 | $880.00 | $770.00 |
| 96 | 1/31/2016 | 40 | 60 | 40 | $16.25 | $18.75 | $17.50 | $650.00 | $960.00 | $840.00 |
| 97 | 2/7/2016 | 40 | 52 | 48 | $16.25 | $18.75 | $17.50 | $650.00 | $960.00 | $910.00 |
| 98 | 2/14/2016 | 40 | 48 | 48 | $16.25 | $20.00 | $17.50 | $520.00 | $1,040.00 | $840.00 |

17 Civ. 9431, Bisono et al. v. TDL Restoration, et al.

SPREADSHEET A

ATTACHMENT TO VERDICT FORM

| | Pay Period End Date | Recorded ("On-the-Clock") Hours Worked | | | Regular Rates of Pay | | | Pay Received | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Jose Bisono | Joaquin Vicente | Edgar Mendez | Jose Bisono | Joaquin Vicente | Edgar Mendez | Jose Bisono | Joaquin Vicente | Edgar Mendez |
| 99 | 2/21/2016 | 32 | | | $16.25 | $20.00 | $17.50 | $520.00 | $520.00 | $700.00 |
| 100 | 2/28/2016 | | | | $16.25 | $20.00 | $17.50 | $780.00 | $1,280.00 | $700.00 |
| 101 | 3/6/2016 | 48 | 56 | 52 | $16.25 | $20.00 | $17.50 | | $1,120.00 | $910.00 |
| 102 | 3/13/2016 | 40 | | 56 | $16.25 | $20.00 | $17.50 | | $980.00 | $980.00 |
| 103 | 3/20/2016 | 48 | | 40 | $16.25 | $20.00 | $17.50 | | $700.00 | $700.00 |
| 104 | 3/27/2016 | 48 | | 48 | $16.25 | $20.00 | $17.50 | 650.00 | $560.00 | $560.00 |
| 105 | 4/3/2016 | 40 | | 48 | $16.25 | $20.00 | $17.50 | 650.00 | $800.00 | $840.00 |
| 106 | 4/10/2016 | 40 | | | $16.25 | $20.00 | $17.50 | 650.00 | $960.00 | $960.00 |
| 107 | 4/17/2016 | 48 | 48 | | $16.25 | $20.00 | $17.50 | 650.00 | $560.00 | $980.00 |
| 108 | 4/24/2016 | 32 | | | $16.25 | $20.00 | $17.50 | $520.00 | $960.00 | $960.00 |
| 109 | 5/1/2016 | 40 | 56 | | $16.25 | $20.00 | $17.50 | $650.00 | $1,120.00 | $980.00 |
| 110 | 5/8/2016 | | | | $16.25 | $20.00 | $17.50 | $650.00 | $640.00 | $420.00 |
| 111 | 5/15/2016 | 48 | 48 | 40 | $16.25 | $20.00 | $17.50 | $780.00 | $960.00 | $640.00 |
| 112 | 5/22/2016 | 48 | 48 | | $16.25 | $20.00 | $17.50 | $780.00 | $840.00 | $840.00 |
| 113 | 5/29/2016 | 40 | 48 | 48 | $16.25 | $20.00 | $17.50 | $650.00 | $840.00 | $840.00 |
| 114 | 6/5/2016 | | 40 | 40 | $16.25 | $20.00 | $17.50 | $490.00 | $700.00 | $700.00 |
| 115 | 6/12/2016 | | 40 | 56 | $16.25 | $20.00 | $17.50 | $585.00 | $980.00 | $980.00 |
| 116 | 6/19/2016 | 32 | | | $16.25 | $20.00 | $17.50 | $585.00 | $840.00 | $840.00 |
| 117 | 6/26/2016 | | 40 | | $16.25 | $20.00 | $17.50 | $650.00 | $700.00 | $700.00 |
| 118 | 7/3/2016 | 28 | | 44 | $16.25 | $20.00 | $17.50 | 380.00 | $770.00 | $770.00 |
| 119 | 7/10/2016 | 40 | | 32 | $16.25 | $20.00 | $17.50 | 780.00 | $660.00 | $560.00 |
| 120 | 7/17/2016 | 28 | | | $16.25 | $20.00 | $17.50 | 580.75 | $800.00 | $490.00 |
| 121 | 7/24/2016 | 32 | 48 | | $16.25 | $20.00 | $17.50 | $455.00 | $800.00 | $650.00 |
| 122 | 7/31/2016 | 32 | 40 | 36 | $16.25 | $20.00 | $17.50 | $520.00 | $800.00 | $700.00 |
| 123 | 8/7/2016 | 40 | | 36 | $16.25 | $20.00 | $17.50 | 650.00 | $840.00 | $650.00 |
| 124 | 8/14/2016 | 16 | | | $16.25 | $20.00 | $17.50 | 552.50 | $280.00 | $770.00 |
| 125 | 8/21/2016 | 28 | | 24 | $16.25 | $20.00 | $17.50 | 380.00 | $420.00 | $280.00 |
| 126 | 8/28/2016 | 40 | | 44 | $16.25 | $17.50 | $17.50 | 390.00 | $980.00 | $420.00 |
| 127 | 9/4/2016 | 32 | 56 | | $16.25 | $20.00 | $17.50 | 325.00 | $1,120.00 | $980.00 |
| 128 | 9/11/2016 | 36 | | 48 | $16.25 | $20.00 | $17.50 | $585.00 | $630.00 | $630.00 |
| 129 | 9/18/2016 | 43 | 48 | | $16.25 | $20.00 | $17.50 | $650.00 | $960.00 | $700.00 |
| 130 | 9/25/2016 | 40 | | | $16.25 | $20.00 | $17.50 | 980.00 | $735.00 | $840.00 |
| 131 | 10/2/2016 | | | | $16.25 | $20.00 | $17.50 | $520.00 | $700.00 | $960.00 |
| 132 | 10/9/2016 | 36 | | | $16.25 | $20.00 | $17.50 | 533.00 | $840.00 | $735.00 |
| 133 | 10/16/2016 | 32 | | | $16.25 | $17.50 | $17.50 | | $840.00 | $700.00 |
| 134 | 10/23/2016 | 37 | 48 | | $16.25 | $20.00 | $17.50 | $520.00 | $630.00 | $840.00 |
| 135 | 10/30/2016 | 56 | 48 | 48 | $16.25 | $17.50 | $17.50 | $585.00 | $720.00 | $630.00 |
| 136 | 11/6/2016 | 40 | | | $16.25 | $20.00 | $17.50 | $910.00 | $960.00 | $840.00 |
| 137 | 11/13/2016 | 40 | 40 | 32 | $16.25 | $20.00 | $17.50 | $650.00 | $640.00 | $560.00 |
| 138 | 11/20/2016 | 16 | 36 | | $16.25 | $20.00 | $17.50 | $260.00 | $720.00 | $560.00 |
| 139 | 11/27/2016 | 8 | 32 | | $16.25 | $20.00 | $17.50 | $130.00 | $640.00 | $560.00 |
| 140 | 12/4/2016 | 32 | | | $16.25 | $20.00 | $17.50 | $520.00 | $840.00 | $840.00 |
| 141 | 12/11/2016 | 37 | | | $16.25 | $20.00 | $17.50 | $601.25 | $901.25 | $700.00 |
| 142 | 12/18/2016 | 48 | 40 | 40 | $16.25 | $20.00 | $17.50 | $520.00 | $800.00 | $700.00 |
| 143 | 12/25/2016 | 40 | 40 | 40 | $16.25 | $20.00 | $17.50 | $650.00 | $800.00 | $700.00 |
| 144 | 1/1/2017 | 40 | 40 | | $16.25 | $21.25 | $18.13 | $650.00 | $850.00 | $725.00 |
| 145 | 1/8/2017 | 40 | 40 | | $16.25 | $21.25 | $18.13 | $650.00 | $1,020.00 | $725.00 |
| 146 | 1/15/2017 | 40 | | | $16.25 | $21.25 | $18.13 | $650.00 | $850.00 | $725.00 |
| 147 | 1/22/2017 | 32 | 32 | 32 | $16.25 | $21.25 | $18.13 | $580.00 | $725.00 | $580.00 |

17 Civ. 9431, Bisono et al. v. TDL Restoration, et al.

SPREADSHEET A

ATTACHMENT TO VERDICT FORM

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pay Period End Date | Recorded ("On-the-Clock") Hours Worked | | | Regular Rates of Pay | | | Pay Received | | |
| | | Jose Bisono | Joaquin Vicente | Edgar Mendez | Jose Bisono | Joaquin Vicente | Edgar Mendez | Jose Bisono | Joaquin Vicente | Edgar Mendez |
| 148 | 1/29/2017 | 40 | 48 | 40 | $16.25 | $21.25 | $18.13 | | $1,020.00 | $725.00 |
| 149 | 2/5/2017 | 40 | 48 | 40 | $16.25 | $21.25 | $18.13 | | $1,020.00 | $725.00 |
| 150 | 2/12/2017 | 40 | 40 | 40 | $16.25 | $21.25 | $18.13 | | $1,020.00 | $725.00 |
| 151 | 2/19/2017 | 40 | 40 | 40 | $16.25 | $21.25 | $18.13 | | $850.00 | $725.00 |
| 152 | 2/26/2017 | 24 | 40 | 32 | $16.25 | $21.25 | $18.13 | $390.00 | $580.00 | $725.00 |
| 153 | 3/5/2017 | 40 | 40 | 40 | $16.25 | $21.25 | $18.13 | | $850.00 | $725.00 |
| 154 | 3/12/2017 | 40 | 48 | 40 | $16.25 | $21.25 | $18.13 | | $1,020.00 | $725.00 |
| 155 | 3/19/2017 | 32 | 40 | 40 | $16.25 | $21.25 | $18.13 | | $850.00 | $725.00 |
| 156 | 3/26/2017 | 40 | | | $16.25 | $21.25 | $18.13 | | $1,360.00 | $870.00 |
| 157 | 4/2/2017 | | 64 | 48 | $16.25 | $21.25 | $18.13 | $650.00 | $1,210.00 | $1,025.00 |
| 158 | 4/9/2017 | | | 40 | $16.25 | $21.25 | $18.13 | $650.00 | $680.00 | $870.00 |
| 159 | 4/16/2017 | 24 | 32 | 24 | $16.25 | $21.25 | $18.13 | $390.00 | $680.00 | $530.00 |
| 160 | 4/23/2017 | 40 | 40 | 40 | $16.25 | $21.25 | $18.13 | $650.00 | $680.00 | $530.00 |
| 161 | 4/30/2017 | 40 | 48 | 48 | $16.25 | $21.25 | $18.13 | $650.00 | $850.00 | $900.00 |
| 162 | 5/7/2017 | 40 | 40 | 40 | $16.25 | $21.25 | $18.75 | $650.00 | $850.00 | $900.00 |
| 163 | 5/14/2017 | 40 | 48 | 40 | $16.25 | $21.25 | $18.75 | $650.00 | $850.00 | $750.00 |
| 164 | 5/21/2017 | 40 | 40 | 40 | $16.25 | $21.25 | $18.75 | $750.00 | $850.00 | $750.00 |
| 165 | 5/28/2017 | 40 | 48 | 48 | $16.25 | $21.25 | $18.75 | $750.00 | $850.00 | $750.00 |
| 166 | 6/4/2017 | 40 | 40 | 32 | $18.00 | $21.25 | $18.75 | | $680.00 | $600.00 |
| 167 | 6/11/2017 | 48 | 48 | 40 | $18.00 | $21.25 | $18.75 | | $1,020.00 | $600.00 |
| 168 | 6/18/2017 | 40 | 40 | 40 | $18.00 | $21.25 | $18.75 | | $850.00 | $750.00 |
| 169 | 6/25/2017 | 48 | 48 | | $18.00 | $21.25 | $18.75 | | $850.00 | $750.00 |
| 170 | 7/2/2017 | | | | $18.00 | $21.25 | $18.75 | $720.00 | $850.00 | $150.00 |
| 171 | 7/9/2017 | | | | $18.00 | $21.25 | $18.75 | $720.00 | $850.00 | $600.00 |
| 172 | 7/16/2017 | | | | $18.00 | $21.25 | $18.75 | $864.00 | $850.00 | $900.00 |
| 173 | 7/23/2017 | | | | $18.00 | $21.25 | $18.75 | $864.00 | $850.00 | $900.00 |
| 174 | 7/30/2017 | | | | $18.00 | $21.25 | | $720.00 | $850.00 | $850.00 |
| 175 | 8/6/2017 | | | | $18.00 | $21.25 | | | $850.00 | |
| 176 | 8/13/2017 | 40 | 48 | | $18.00 | $21.25 | | | $850.00 | $750.00 |
| 177 | 8/20/2017 | 48 | 48 | | $18.00 | $21.25 | | | $850.00 | |
| 178 | 8/27/2017 | 48 | 48 | | $18.00 | $21.25 | | | $850.00 | |
| 179 | 9/3/2017 | 48 | 48 | | $18.00 | $21.25 | | | $850.00 | |
| 180 | 9/10/2017 | 48 | 48 | | $18.00 | $21.25 | | | $850.00 | |
| 181 | 9/17/2017 | | | | $18.00 | | | | $850.00 | |
| 182 | 9/24/2017 | 24 | | | $18.00 | $21.25 | | | $1,260.00 | $300.00 |