ABSTRACT OF JUDGMENT

Re: Bisono et al. v. TDL Restoration Inc. et al.

Case Number: 7:17-cv-09431-JCM

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| TDL Restoration, Inc.<br>92 North Ave. Suite 103<br>New Rochelle, NY 10801<br><br>Driton Quni<br>177 East Hartsdale Ave. Apt. 6R<br>Hartsdale, NY 10530<br><br>Gjon Quni<br>2344 Boston Road Apt. 11W<br>Bronx, NY 10467 | Jose Bisono<br>Edgar Mendez<br>Joaquin Vicente<br><br>c/o Worker Justice Center of New York<br>9 Main Street<br>Kingston, NY 12401 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| See addendum. | Worker Justice Center of New York<br>Robert McCreanor, Esq.<br>Maureen Hussain, Esq.<br>John Marsella, Esq.<br>9 Main Street<br>Kingston, NY 12401 | June 6, 2019 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York , New York

**RUBY J. KRAJICK, Clerk of Court**

_____
By, Deputy Clerk

### ADDENDUM TO ABSTRACT OF JUDGMENT

Re: Bisono et al. v. TDL Restoration Inc. et al.

Case number: 7:17-cv-09431-JCM

| Amount of Judgment(s) |
|---|
| Judgment is entered in favor of Plaintiff Joaquin Vicente against Defendants, jointly and severally, in the amount of $197,651.09. |
| Judgment is entered in favor of Plaintiff Edgar Mendez against Defendants, jointly and severally, in the amount of $83,357.22. |
| Judgment is entered in favor of Plaintiff Jose Bisono against Defendants, jointly and severally, in the amount of $92,723.46. |
| Post-judgment interest shall accrue at the statutory rate provided for in 28 U.S.C. § 1961, running from the date of entry of this Judgment. |
| If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent. |